HOBART S. ATKINSON, as Receiver, etc., Respondent, *v.* THE ROCHESTER PRINTING COMPANY, Appellant.

*Court of Appeals, March* 12, 1889.

*Court of appeals. Removal of cause.*—It is not a sufficient reason for moving a case from the second division of the court of appeals into the first division of the court, that one or even two of the judges of the former court are disqualified from sitting upon the argument of the case there.

Motion to transfer case from the calendar of the court of appeals, second division, to the calendar of the court of appeals.

*J. & Q. Van Voorhis,* for appellant.

*Smith & Briggs,* for respondent.

PER CURIAM.—It is not a sufficient reason for moving a case from the court of appeals, second division, into this

court, that one or even two of the judges of that court are disqualified from sitting upon the argument of the case there.

This motion, should, therefore, be denied.

All concur.